UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETTY ESSICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GLORIA D. ESSICK, ) | CASE NO. 1:07-cv-0795-DFH-JMS |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, AND ADMINISTRATOR/ ) | |
| CLAIMS FIDUCIARY OF THEIR GROUP ) | |
| LIFE CLAIMS, GENERAL MOTORS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

The court has issued today its entry granting defendants' motions for summary judgment.  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Betty Essick take nothing by her complaint against defendants Gloria D. Essick, Metropolitan Life Insurance Company, and Administrator/Claims Fiduciary of their Group Life Claims, General Motors Corporation, and that this action is hereby DISMISSED WITH PREJUDICE, with costs (but not attorney fees) to defendants.

Date:  December 17, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

-2-

*/s/ Lana B. Kirk*
By: Deputy Clerk

Copies to:

Philip John Gutwein, II
BAKER & DANIELS LLP
philip.gutwein@bakerd.com, lynn.wolfhope@bakerd.com

Edward E. Hollis
BAKER & DANIELS LLP
eehollis@bakerd.com, carol.drumwright@bakerd.com

Bridget L. O'Ryan
O'RYAN LAW FIRM
boryan@oryanlawfirm.com

Irving Marshall Pinkus
PINKUS & PINKUS
impinkus@aol.com, pinkusj2@aol.com